# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-1021** | **September Term, 2024** |
| | EPA-89FR91094 |
| | Filed On: February 28, 2025 [2103312] |

Independent Petroleum Association of America, et al.,

      Petitioners

      v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency,

      Respondents

------------------------------

Consolidated with 25-1022, 25-1025, 25-1029, 25-1031, 25-1033

## O R D E R

    Upon consideration of respondents' unopposed motion to hold cases in abeyance, it is

    **ORDERED** that these consolidated cases be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings in these cases by May 13, 2025.

                                               **FOR THE COURT:**
                                               Clifton B. Cislak, Clerk

                                BY:    /s/
                                               Scott H. Atchue
                                               Deputy Clerk