No. 25-1021 September Term, 2024

EPA-89FR91094

Filed On: June 23, 2025

Independent Petroleum Association of
America, et al.,

    Petitioners

    v.

Environmental Protection Agency and Lee M.
Zeldin, Administrator, United States
Environmental Protection Agency,

    Respondents

------------------------------

Consolidated with 25-1022, 25-1025,
25-1029, 25-1031, 25-1033

## O R D E R

Upon consideration of petitioners' unopposed motions to voluntarily dismiss their petitions for review as moot, it is

**ORDERED** that these consolidated petitions for review be dismissed.

The Clerk is directed to issue the mandate forthwith to the agency.

                                      **FOR THE COURT:**
                                      Clifton B. Cislak, Clerk

                      BY:    /s/
                              Laura M. Morgan
                              Deputy Clerk